**FARNELL & NORMAN**

**RONALD E. NORMAN, ESQ. (SBN 104752)**

4350 Von Karman Ave, Suite 400

Newport Beach, CA 92660

**LAW OFFICE OF FAYE RIVA COHEN, P.C.**

**FAYE RIVA COHEN, ESQ. (SBN 18839)**

2047 Locust St, Philadelphia, PA 19103

Attorneys for Plaintiff,
Guanjun Liang

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUANJUN LIANG, an individual, | ) | No.: 2:22-cv-01763-CFK |
| Plaintiff, | ) | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a) |
| vs. | ) | |
| | ) | |
| LIMENG YAN, an individual, and DOES 1-50, inclusive | ) | |
| Defendants. | ) | |
| ........................................................................ | ) | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Guanjun Liang voluntarily dismisses without prejudice the above-entitled action in its entirety. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgement.

DATED: August 23 , 2022

Roanld Norman

*(Attorney's name typed)*

Attorneys for Plaintiff GUANJUN LIANG

## CERTIFICATE OF SERVICE

The undersigned certifies that, on August 24, 2023, the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was filed electronically and the Defendant will be served by mail on this same date as follow:

Limeng Yan
11654 Plaza America Dr #763
Reston, VA 20190

/s/ Ronald Norman
Roanld Norman

*(Attorney's name typed)*

Attorneys for Plaintiff GUANJUN LIANG